Timothy J. Petumenos, ABA #7611147
Holly C. Wells, ABA #0511113
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Defendant DELTA WESTERN, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BONANZA FUEL, INC., | ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: _____CI ) |
| DELTA WESTERN, INC., | ) ) |
| Defendant. | ) ) ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1333, 1441, and 1446, Defendant, Delta Western, Inc. ("Delta Western"), by and through its attorneys, Birch Horton Bittner & Cherot, hereby gives Notice of Removal of the state court action described below.

On February 24, 2012, a civil action was commenced in the Superior Court for the State of Alaska, Second Judicial District at Nome, captioned Bonanza Fuel, Inc. v. Delta Western, Inc., Case Number 2NO-12-82 Civil.

Delta Western was served with a Summons and Complaint for Damages in the state action on March 7, 2012. This Notice of Removal is filed within thirty (30) days

BONANZA FUEL, INC. V. DELTA WESTERN, INC.     CASE NO. _____CI
NOTICE OF REMOVAL     PAGE 1 OF 4
F:\507111\1\00238186.DOCX
Case 2:12-cv-00001-TMB    Document 1    Filed 03/19/12    Page 1 of 4

of Delta Western's receipt of the Complaint for Damages. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

A copy of all process, pleadings, and orders served upon Delta Western in the state court action are attached, as required under 28 U.S.C. § 1446(a), hereto as Exhibit A.

This action is one of which this Court has original jurisdiction pursuant to 28 U.S.C §§ 1332 and 1333, and is one that may be removed to this Court by Delta Western pursuant to 28 U.S.C. §§ 1441 *et seq*.

Plaintiff, Bonanza Fuel, Inc., is a corporation domiciled in the State of Alaska with its principal place of business in Nome, Alaska. See, Complaint for Damages at ¶ 1. Delta Western is a corporation organized under the laws of the State of Washington with its principal offices and place of business in Seattle, Washington. Accordingly, Delta Western is not a citizen of Alaska, and there is complete diversity of citizenship between Bonanza Fuel, Inc. on one hand, and Delta Western on the other hand.

Bonanza Fuel, Inc.'s Complaint for Damages alleges a breach of contract to sell, transport by barge, and deliver home heating fuel, diesel, and gasoline to Nome, Alaska. The nature and subject matter of the claims relate directly to the transport of goods by sea and the operation of a vessel in navigable waters. See, Complaint for Damages at ¶¶ 8 – 27. Accordingly, the nature and subject matter of this contract dispute gives rise to the admiralty jurisdiction of this Court.

The Complaint for Damages seeks recovery of damages in excess of $1,500,000. See, Complaint for Damages at ¶¶ 35, 38, and 41. Accordingly, the

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

amount in controversy is greater than $75,000, exclusive of interest and costs, and exceeds the minimum amount in controversy under 28 U.S.C. § 1332.

Promptly after filing this Notice of Removal, Delta Western will give written notice of this filing to Bonanza Fuel, Inc., and will file a copy of this Notice of Removal with the clerk of the Superior Court for the State of Alaska, Second Judicial District at Nome.

As of the date of this Notice of Removal, the only defendant to this action is Delta Western and thus there is no need to obtain the consent for removal from any other party.

Delta Western reserves all rights including but not limited to objections as to the venue and location within the District of Alaska that this matter may be assigned or transferred.

WHEREFORE, Delta Western respectfully requests this action be removed from the Superior Court for the State of Alaska, Second Judicial District at Nome, to the United States District Court for the District of Alaska.

DATED this 16th day of March, 2012.

<div style="margin-left: 3em;">

BIRCH HORTON BITTNER & CHEROT
Attorneys for Defendant DELTA WESTERN, INC.

By: /s/ Timothy J. Petumenos
    Timothy J. Petumenos, ABA #7611147
    Holly C. Wells, ABA #0511113
    1127 West Seventh Avenue
    Anchorage, AK 99501
    Telephone: 907.276.1550
    Facsimile: 907.276.3680
    Email: tpetumenos@bhb.com

</div>

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

BONANZA FUEL, INC. V. DELTA WESTERN, INC.     CASE NO. _____CI
NOTICE OF REMOVAL     PAGE 3 OF 4
F:\507111\1\00238186.DOCX
Case 2:12-cv-00001-TMB    Document 1    Filed 03/19/12    Page 3 of 4

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of March, 2012, a true and correct copy of the foregoing was served on the following in the manner indicated:

| | |
|---|---|
| Matthew C. Crane<br>Bauer Moynihan & Johnson LLP<br>2101 Fourth Avenue<br>Suite 2400<br>Seattle, WA 98121 | ☑ U.S. Mail<br>☐ Facsimile<br>☑ Electronic Delivery<br>☐ Hand Delivery |
| H. Conner Thomas<br>Lewis & Thomas, P.C.<br>110 Front Street<br>Suite 211<br>Nome, AK 99762 | ☑ U.S. Mail<br>☐ Facsimile<br>☑ Electronic Delivery<br>☐ Hand Delivery |

BIRCH HORTON BITTNER & CHEROT

By: /s/ Timothy J. Petumenos

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

BONANZA FUEL, INC. V. DELTA WESTERN, INC.    CASE NO. _____CI
NOTICE OF REMOVAL                                        PAGE 4 OF 4
F:\507111\1\00238186.DOCX
Case 2:12-cv-00001-TMB   Document 1   Filed 03/19/12   Page 4 of 4