David K. Gross, ABA # 9611065
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Defendant DELTA WESTERN, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BONANZA FUEL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DELTA WESTERN, INC., <br><br> Defendant. | Case No.: 2:12-cv-00001-TMB |

## JOINT STATUS REPORT

Pursuant to this Court's text order dated April 1, 2014 (Dkt 202), defendant Delta Western, Inc. and plaintiff Bonanza Fuel, LLC (the "parties") submit this updated joint status report.

Since the parties' Joint Status Report of March 31, 2014, the parties have continued to actively work on the agreement and accompanying documents memorializing the terms of a settlement. Because the settlement was conditioned on the mutual agreement of all terms and because some of those terms are still the subject of in-depth discussions between the parties, some additional time is needed to complete the agreement. Currently, the parties hope to complete the process within approximately two weeks from today.

The parties realize that in several of their prior Joint Status Reports they had anticipated completion of this process prior to today's date, but the parties are continuing to diligently work in an effort to complete the settlement and respectfully request the Court's permission to file a further updated Joint Status Report on or before April 28, 2014 if the parties' settlement is not finalized by that time.

DATED this 14th day of April, 2014.

        BIRCH HORTON BITTNER & CHEROT
        Attorneys for Defendant DELTA WESTERN, INC.

        By: /s/ David K. Gross
            David K. Gross, ABA # 9611065

        BAUER MOYNIHAN & JOHNSON LLP

        By: /s/ Matthew C. Crane
            Matthew C. Crane, Pro Hac Vice
            Attorneys for Plaintiff

        LEWIS & THOMAS PC

        By: /s/ H. Conner Thomas
            H. Conner Thomas, ABA No. 8006049
            Attorneys for Plaintiff

        DORSEY & WHITNEY LLP

        By: /s/ Robert C. Bundy
            Robert C. Bundy, ABA No. 7206021
            Attorneys for Plaintiff

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

BONANZA FUEL, INC. V. DELTA WESTERN, INC.    CASE NO. 2:12-CV-00001-TMB
JOINT STATUS REPORT    PAGE 2 OF 3
F:\507111\1\00384029.DOCX
Case 2:12-cv-00001-TMB   Document 203   Filed 04/14/14   Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of April, 2014, a true and correct copy of the foregoing was served on the following in the manner indicated:

Matthew C. Crane, Pro Hac Vice
mccrane@bmjlaw.com

H. Conner Thomas
nomelaw@gci.net

Robert C. Bundy
bundy.robert@dorsey.com

BIRCH HORTON BITTNER & CHEROT

By: /s/ David K. Gross

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

BONANZA FUEL, INC. V. DELTA WESTERN, INC.　　　CASE NO. 2:12-CV-00001-TMB
JOINT STATUS REPORT　　　PAGE 3 OF 3
F:\507111\1\00384029.DOCX

Case 2:12-cv-00001-TMB   Document 203   Filed 04/14/14   Page 3 of 3