Matthew C. Crane, Pro Hac Vice
BAUER MOYNIHAN & JOHNSON LLP
2101 4^(TH) Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
mccrane@bmjlaw.com

H. Conner Thomas, AKB#8006049
LEWIS & THOMAS PC
110 Front Street, Suite 211
Nome, AK 99762
Telephone: (907) 443-5226
Facsimile: (907) 443-5098
connernomelaw@gci.net

Robert C. Bundy, ABA#7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152
bundy.robert@dorsey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BONANZA FUEL, LLC,<br><br>          Plaintiff,<br><br>  v.<br><br>DELTA WESTERN, INC.,<br><br>          Defendant. | CASE NO. 2:12-CV-00001-TMB |

## **STIPULATION FOR DISMISSAL**

Plaintiff Bonanza Fuel, LLC and defendant Delta Western, Inc., by and through their undersigned counsel of record, hereby stipulate that the parties have settled the above-captioned action and that it shall hereby be dismissed with prejudice, and with each

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

party to bear its own costs and attorneys' fees.

DATED this 28th day of April, 2014.

BAUER MOYNIHAN & JOHNSON LLP

s/ Matthew C. Crane
Matthew C. Crane, Pro Hac Vice
Attorneys for Plaintiff

LEWIS & THOMAS PC

s/ H. Conner Thomas
H. Conner Thomas, ABA No. 8006049
Attorneys for Plaintiff

DORSEY & WHITNEY LLP

s/ Robert C. Bundy
Robert C. Bundy, ABA No. 7206021
Attorneys for Plaintiff

DATED this 28th day of April, 2014.

BIRCH HORTON BITTNER & CHEROT

s/ David K. Gross
Timothy J. Petumenos, ABA #7611147
David K. Gross, ABA # 9611065
Attorneys for Defendant

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

BONANZA FUEL V. DELTA WESTERN
CASE NO. 2:12-CV-00001-TMB
Page 2 of 3

## Certificate of Service

I hereby certify that on April 28, 2014, a copy of the foregoing Stipulation for Dismissal was served electronically on Timothy J. Petumenos and David K. Gross, counsel of record for Delta Western, Inc. in this action.

BAUER MOYNIHAN & JOHNSON LLP

s/ Matthew C. Crane

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

BONANZA FUEL V. DELTA WESTERN
CASE NO. 2:12-CV-00001-TMB
Page 3 of 3