UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| BONANZA FUEL, LLC, | |
|---|---|
| Plaintiff, | CASE NO. 2:12-CV-00001-TMB |
| v. | |
| DELTA WESTERN, INC., | |
| Defendant. | |

## ORDER ENTERING STIPULATION FOR DISMISSAL

IT IS HEREBY ORDERED that the Stipulation for Dismissal between plaintiff Bonanza Fuel, LLC and defendant Delta Western, Inc. is entered in this action and the above-captioned action is hereby dismissed with prejudice and without an award of costs or attorneys' fees to either party.

DATED this __30__ day of __April__, 2014.

s/TIMOTHY M. BURGESS
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE